FILED

08/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0397

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0397

IN THE MATTER OF THE
MENTAL HEALTH OF

T.J.M.,

     Respondent and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 16, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 9 2024